UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CHERYL D. ALLEN, | ) |
|             Plaintiff, | ) |
| vs. | ) 1:06-cv-1468-SEB-VSS |
| VALUE CITY FURNITURE,<br>AMERICAN SIGNATURE FURNITURE, | ) |
|             Defendants. | ) |

**Entry Dismissing Action**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. This action is dismissed without prejudice. The reason for this disposition is that the plaintiff's claims can and should be asserted in 1:06-cv-1467-LJM-WTL. There is no reason for the duplication of such actions.

2. Judgment consistent with this Entry shall now issue.

3. The plaintiff's request to proceed in forma pauperis is **denied** as moot.

**IT IS SO ORDERED**.

Date: 10/19/2006

*Sarah Evans Barker* (signature)

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana