UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CHERYL D. ALLEN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VALUE CITY FURNITURE, )<br>AMERICAN SIGNATURE FURNITURE, )<br>)<br>Defendants. ) | 1:06-cv-1468-SEB-VSS |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **DISMISSED WITHOUT PREJUDICE.**

Date: 10/19/2006

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Cheryl D. Allen
389 S. Home Ave.
Martinsville, IN 46151